THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES DAVIDSON, Defendant-Appellant.

(No. 11349;

Fourth District—August 27, 1971.

Morton Zwick, Director of Defender Project, of Chicago, for appellant.

Basil G. Greanias, State's Attorney, of Decatur, for the People.

RUTH E. MILES, Plaintiff-Appellant, *v.* SEARS, ROEBUCK AND COMPANY, Defendant-Appellee.

(No. 70-269;

Second District—August 31, 1971.